Samuel Marino, trading as Marino Machine Shop, appellee, v. I. J. Grass Noodle Company, appellant. Gen. No. 38,177.

Opinion filed November 12, 1935.
Irving L. Block, for appellant.     Joseph E. Newton and F. Gerald O'Hara, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Florence C. Bulger, complainant, v. J. Francis Bulger, defendant.
J. Francis Bulger, appellant, v. Florence C. Bulger, appellee. Gen. No. 38,186.

Opinion filed November 12, 1935.
Whitty & McGah, for appellant; Elmer J. Whitty and William J. McGah, of counsel.     Immenhausen & Banovitz and Teed, Kammermann & Johnson, for appellee; Hugh E. Johnson, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

U. S. Laundry Machinery Corporation, appellee, v. Herman A. Sommers et al., on appeal of Herman A. Sommers and Mary Sommers, appellants. Gen. No. 38,214.

Opinion filed November 12, 1935.
Miller, Kamenear & Margolis, for appellants; Leon N. Miller and Henry A. Steinberg, of counsel.     Leslie H. Whipp, for appellee.
Mr. Justice Matchett delivered the opinion of the court.

Elia Bell, appellee, v. Estate of John B. Bubbins, deceased, appellant. Gen. No. 38,257.

Opinion filed November 12, 1935.     Rehearing denied November 26, 1935.
B. G. Clanton, for appellant.     Arthur H. Jones, for appellee.
Mr. Justice Matchett delivered the opinion of the court.